IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

SHIRLEY B. SEGERS,

    Plaintiff,

vs.                                                              5:05cv76-RH/WCS

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.
_____/

## REPORT AND RECOMMENDATION

    This cause is before the Court upon the Defendant's motion for final judgment. Doc. 11. Defendant advises that on December 9, 2005, Plaintiff was found eligible for benefits in a favorable Administrative Law Judge decision. Since Plaintiff has received full relief, it is **RECOMMENDED** that the Court enter final judgment dismissing the complaint as moot pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    IN CHAMBERS at Tallahassee, Florida, this 22nd day of December, 2005.

                                          s/ William C. Sherrill, Jr.
                                          WILLIAM C. SHERRILL, JR.
                                          UNITED STATES MAGISTRATE JUDGE

**NOTICE TO PARTIES**

    Within 15 days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.