# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

SHIRLEY B. SEGERS,

    Plaintiff,

v.   CASE NO. 5:05cv76-RH/WCS

JO ANNE B. BARNHART,

    Defendant.

_____/

## ORDER OF DISMISSAL

This matter is before the court on the magistrate judge's report and recommendation (document 12), to which no objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court. The clerk shall enter judgment stating, "This action is DISMISSED as moot." The clerk shall close the file.

SO ORDERED this 20th day of January, 2006.

                                                          s/Robert L. Hinkle
                                                          Chief United States District Judge